UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEREK J. WALSH,<br><br>   Plaintiff,<br>v.<br><br>SERGEANT SICINSKI, OFFICER M. DITELLO and OFFICER DEMASSY,<br><br>   Defendant(s). | Case No. 17-cv-04537<br><br>Honorable Judge Andrea R. Wood |

**JOINT STATUS REPORT**

Plaintiff Derek J. Walsh ("Plaintiff"), by and through his counsel, Galarnyk & Associates, Ltd., and Defendants Sergeant Sicinski, Officer M. Ditello and Officer Demassy (collectively, "Defendants"), by and through their counsel, Peterson, Johnson & Murray Chicago LLC, in accordance with Minute Order (Dkt. 62), hereby submit this joint status report (the "Report"):

**CASE STATUS**

A.  **Progress Of Discovery**

   1.   **Plaintiff's Position**

Neither the Plaintiff nor the Defendants has responded to written discovery as of this date. Although the Plaintiff is actively working on his responses to written discovery, he requests an extension and agrees to the 45-day extension as proposed below. Due to the current COVID-19 environment, the Plaintiff requests a longer extension for the completion of party depositions, as proposed below.

  **2.**  **Defendants' Position**

To date neither party has responded to written discovery, as the parties to this matter, and case no. 17-cv-05405 had attempted to negotiate a global settlement of all of Plaintiff's claims related to the two lawsuits. However, that settlement was unsuccessful and the Defendants no longer wish to engage in settlement at this time.

**B.**  **Status Of Briefing On Unresolved Motions**

There are no unresolved motions.

**C.**  **Settlement Efforts**

  **1.**  **Plaintiff's Position**

Prior settlement negotiations proved unsuccessful, but the Plaintiff is amenable to reopening settlement negotiations and exploring all available options.

  **2.**  **Defendants' Position**

Defendants' do not wish to engage in settlement at this time.

**D.**  **Proposed Schedule For Next 45 Days**

  1.  **Plaintiff's Position**

Plaintiff intends to respond to written discovery within the next 45 days, by September 21, 2020. Once written discovery has been answered by both parties, the Plaintiff will be prepared to proceed with party depositions. The Plaintiff may also depose non-party witnesses to the alleged events. Given the fact that the Defendants are government correctional officers, and the logistical difficulties created by the COVID-19 pandemic, Plaintiff expects that depositions may require more time than usual. The Plaintiff requests until January 30, 2021 to complete fact witness depositions.

  **2.**  **Defendants' Position**

Defendants intend to respond to written discovery directed to Defendants within the next 45 days. Once written discovery has been completed, Defendants are prepared to proceed to oral discovery with party depositions. Defendants expect that all party depositions should be complete by January 30, 2021. Defendants will also depose any Will County Sheriff's deputies regarding Plaintiff's allegations of witnesses to the strip search on September 30, 2016.

**E.** **Proposed Revised Discovery & Dispositive Motion Schedule**

    **1.** **Plaintiff's Position**

Plaintiff requests that the Court extend the written discovery deadline from August 17, 2020 to September 24, 2020, and for fact witness depositions to be completed by January 30, 2021.

    **2.** **Defendants' Position**

Defendants request that the Court extend the fact discovery closure deadline from August 17, 2020, to January 30, 2021, for completion of written discovery and party depositions.

**F.** **Request For Agreed Action Not Requiring A Hearing**

The parties are not requesting any agreed actions other than entry of the agreed discovery schedule discussed above.

**G.** **Necessity Of Telephonic Hearing**

The parties are not requesting a telephonic hearing at this time.

Respectfully submitted,

*/s//John A. Romanucci*                                 */s/ Joselyn R. Varghese*
John A. Romanucci                                      Joselyn R. Varghese

| | |
|---|---|
| John D. Galarnyk<br>*john@galarnykltd.com*<br>John A. Romanucci<br>*johnr@galarnykltd.com*<br>*Andrew J. Cunniff*<br>*andrew@galarnykltd.com*<br>Galarnyk & Associates, Ltd.<br>55 W. Monroe St. Suite 3600<br>Chicago, IL 60603<br>P: 312-441-5800<br>F: 312-441-5801<br><br>*Counsel for Plaintiff* | Dominick L. Lanzito<br>*dlanzito@pjmchicago.com*<br>Joselyn R. Varghese<br>*jvarghese@pjmchicago.com*<br>Peterson, Johnson & Murray Chicago LLC<br>200 W Adams St, Suite 2125<br>Chicago, Illinois 60606<br>P:  312.782.7150<br>F:  312.896.9318<br><br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Joint Status Report** was filed this 11th day of August 2020 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record in this action.

/s/ Joselyn R. Varghese